# UNITED STATES DISTRICT COURT
for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  5:03CR48-18 |
| FLORETINO PADILLA NUNEZ | ) | USM No:  17978-058 |
| Date of Previous Judgment:  December 5, 2005 | ) | Julia Mimms |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■  the defendant  ❑  the Director of the Bureau of Prisons  ❑  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

   ■ DENIED.   ❑  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 33 | Amended Offense Level: 33 | |
| Criminal History Category: I | Criminal History Category: I | |
| Previous Guideline Range: 135 to 168 months | Amended Guideline Range: 135 to 168 months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑  The reduced sentence is within the amended guideline range.

❑  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■  Other (explain):   No change as the defendant was only held accountable for methamphetamine and no cocaine base.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   December 5, 2005   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   April 17, 2009

Effective Date: _____
              (if different from order date)

Richard L. Voorhees
United States District Judge